**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:06-cr-399-J-33TEM

MARLON OTONIEL CASTELLANOS-VALLECILLO
a/k/a Nacimiento Dureno

---

**REPORT AND RECOMMENDATION[1]**
**CONCERNING PLEA OF GUILTY**

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Count One of the Information. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**DONE AND ENTERED** at Jacksonville, Florida, this 18th day of December, 2006.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

Honorable Virginia M. Hernandez Covington
United States District Judge

Assistant United States Attorney (O'Malley)

David A. Makofka, Esquire

United States Pretrial Services

U S Probation   hb

---

[1] Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B), Rule 6.02, M.D. Fla. Rules.